## Exhibit A

### Doe #1 (129.44.245.150 2006-02-09 13:16:46 (EST))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Walk the Line | PA 1-267-306 |
| Paramount Pictures Corporation | Get Rich or Die Tryin' | Pending |
| Paramount Pictures Corporation | Aeon Flux | Pending |
| Screen Gems, Inc. | Hostel | PA 1-299-209 |
| Disney Enterprises, Inc. | The Chronicles of Narnia: The Lion, The Witch, and the Wardrobe | Pending |

## Exhibit A

### Doe #2 (141.149.244.239 2006-03-21 17:08:49 (EST))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | The Ringer | PA 1-267-460 |
| Columbia Pictures Industries, Inc. | Fun with Dick and Jane | Pending |
| Screen Gems, Inc. | Hostel | PA 1-299-209 |
| Screen Gems, Inc. | Underworld Evolution | Pending |
| Disney Enterprises, Inc. | The Chronicles of Narnia: The Lion, The Witch, and the Wardrobe | Pending |

## Exhibit A

### Doe #3 (64.222.237.168 2006-03-07 21:00:07 (EST))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Hide and Seek | PA 1-256-834 |
| Twentieth Century Fox Film Corporation | Fantastic Four | PA 1-281-340 |
| Disney Enterprises, Inc. | Sky High | PA 1-267-119 |
| Warner Bros. Entertainment Inc. | North Country | PA 1-299-210 |
| Universal City Studios LLLP | King Kong | Pending |

**Exhibit A**

**Doe #4 (64.223.175.208 2006-03-19 18:46:47 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | The Ringer | PA 1-267-460 |
| Twentieth Century Fox Film Corporation | Rebound | PA 1-271-605 |

## Exhibit A

### Doe #5 (68.238.159.6 2006-02-09 11:41:32 (EST))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Capote | PA 1-267-185 |

**Exhibit A**

**Doe #6 (70.106.124.170 2006-02-08 23:49:48 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Good Night and Good Luck | PA 1-267-500 |

Case 1:06-cv-00668-RJL   Document 1-2   Filed 04/12/2006   Page 6 of 14

**Exhibit A**

**Doe #7 (70.111.120.64 2006-03-06 00:31:48 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Paramount Pictures Corporation | Yours, Mine Ours | PA 1-267-126 |

**Exhibit A**

**Doe #8 (71.126.140.206 2006-02-05 18:21:57 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios LLLP | The Producers | Pending |

## Exhibit A

### Doe #9 (71.126.148.46 2006-02-01 19:55:38 (EST))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios LLLP | The Producers | Pending |

**Exhibit A**

**Doe #10 (71.126.152.111 2006-02-03 19:36:23 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios LLLP | The Producers | Pending |

**Exhibit A**

**Doe #11 (71.126.152.251 2006-02-04 15:06:20 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios LLLP | The Producers | Pending |

## Exhibit A

### Doe #12 (71.127.56.41 2006-02-14 20:18:47 (EST))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Harry Potter and the Goblet of Fire | Pending |

**Exhibit A**

**Doe #13 (71.245.246.180 2006-02-20 18:01:18 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Paramount Pictures Corporation | Aeon Flux | Pending |

## Exhibit A

### Doe #14 (71.246.199.194 2006-01-31 14:29:31 (EST))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios LLLP | The Producers | Pending |