UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Twentieth Century Fox Film Corporation<br>10201 West Pico Blvd.<br>Los Angeles, CA 90064;<br><br>Universal City Studios Productions LLLP<br>100 Universal City Plaza<br>Universal City, CA 91608;<br><br>Paramount Pictures Corporation<br>5555 Melrose Avenue<br>Los Angeles, CA 90038;<br><br>Screen Gems, Inc.<br>10202 West Washington Blvd.<br>Culver City, CA 90232;<br><br>Disney Enterprises, Inc.<br>500 South Buena Vista Street<br>Burbank, CA 91521;<br><br>Warner Bros. Entertainment Inc.<br>4000 Warner Blvd.<br>Burbank, CA 91505; and<br><br>Columbia Pictures Industries, Inc.<br>10202 West Washington Blvd.<br>Culver City, CA 90232.<br><br>        Plaintiffs,<br><br>  v.<br><br>        DOES 1 -  14,<br><br>        Defendants. | Civil Action No.:  <u>1:06-cv-00668-RJL</u> |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss all of the defendants from the above-captioned action **without prejudice**, each side to bear its own costs and attorneys' fees.

**[Signatures on Following Page]**

Respectfully submitted,

Dated: _____          _____/s/_____
                                        Christopher A. Mohr (D.C. Bar No. 458599)
                                        Michael R. Klipper (D.C. Bar No. 166074)
                                        MEYER, KLIPPER & MOHR, PLLC
                                        923 Fifteenth Street, N.W.
                                        Washington, DC 20005
                                        Tel.: (202) 637-0850
                                        Fax: (202) 637-0851

                                        Stanley M. Brand (D.C. Bar No. 213082)
                                        Ross A. Nabatoff (D.C. Bar No. 376665)
                                        Andrew D. Herman (D.C. Bar No. 462334)
                                        Brand Law Group
                                        923 Fifteenth Street, N.W.
                                        Washington, DC 20005
                                        Tel.: (202) 662-9700
                                        Fax: (202) 737-7565

                                        *Attorneys for Plaintiffs*